FILED
OCT 1 0 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Keith Hebert, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>United States of America *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 18-2190 (UNA) |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's motion for leave to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

Although allowed some flexibility, *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief[,]" and "(3) a demand for the relief sought[.]" Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). Generally, "[e]ach allegation [in the complaint] must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1).

The foregoing standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C.

1977). A complaint "that is excessively long, rambling, disjointed, incoherent, or full of irrelevant and confusing material will patently fail [Rule 8(a)'s] standard, and so will a complaint that contains an untidy assortment of claims that are neither plainly nor concisely stated, nor meaningfully distinguished from bold conclusions, sharp harangues and personal comments." *Jiggetts v. District of Columbia*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. District of Columbia*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017) (citations and internal quotation marks omitted)).

Plaintiff is a resident of Erath, Louisiana. He has filed an "International War Complaint" against the United States, various federal agencies, and an assortment of other defendants ranging from the United Nations to "His Holiness, Pope Francis." Compl. Caption. The complaint is simply incomprehensible and thus will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: October 9, 2018

United States District Judge